UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES –
GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-01570-JWH (KKx) | Date | November 9, 2021 |
| Title | *Jua Jackson v. FedEx Corporation et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER DENYING PLAINTIFF'S MOTION TO REMAND [ECF No. 14] (IN CHAMBERS)**

The Court has reviewed the motion of Plaintiff Jua Jackson to remand this action to state court.[1]

This Court's Local Rules require "counsel contemplating the filing of any motion first [to] contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  L.R. 7-3.  Such a "conference shall take place at least seven (7) days prior to the filing of the motion."  *Id.*  The Local Rules further provide that the "Court may decline to consider a motion unless it meets the requirements of L.R. 7-3 through 7-8."  L.R. 7-4.

This Court expects and requires strict compliance with the Local Rules. Here, it appears that Plaintiff's counsel failed to engage in ***any*** Conference of Counsel before filing the Motion, as required by L.R. 7-3.  Plaintiff's counsel did not contact opposing counsel before bringing the Motion and thus did not discuss

---

[1]     Pl.'s Mot. to Remand (the "Motion") [ECF No. 14].

its substance thoroughly.[2] Indeed, Plaintiff did not include a statement of compliance with L.R. 7-3 in the notice of the Motion.

Accordingly, pursuant to L.R. 7-4, the Court declines to consider the Motion. The Court admonishes counsel henceforth to comply strictly with all Local Rules, including L.R. 7-3.

The Court hereby **DENIES** Plaintiff's Motion under L.R. 7-4, for failure to comply with L.R. 7-3.

**IT IS SO ORDERED.**

---

[2] Def.'s Opp'n to the Motion (the "Opposition") [ECF No. 17] at 5:4-13.

**CIVIL MINUTES—
GENERAL**    Initials of Deputy Clerk iv