JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUA JACKSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation; RICHARD GOMEZ, an individual and DOES 1 through 25, inclusive;<br><br>Defendants. | Case No. 5:21-cv-01570-SPG-KK<br><br>**ORDER ON JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 13, 2021<br>Removed:         September 13, 2021<br>Trial Date:       February 28, 2023 |

///
///
///
///
///
///
///
///
///

## ORDER

Having reviewed the Parties' Joint Request for Dismissal of Entire Action with Prejudice, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated, and no further proceedings shall take place in this action.

**IT IS SO ORDERED.**

Dated: October 19, 2022          By:_____
                                              HON. SHERILYN PEACE GARNETT
                                              U.S. DISTRICT COURT JUDGE